M. M. Jones, appellee, v. Cyrus H. McCormick et al., trustees of the Chicago Stock Exchange Building, appellants    Gen. No. 27,696.
Action of trover. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Reversed and cause remanded. Opinion filed June 20, 1923.
Rankin, Lustfield & Landise, for appellants; Ode L. Rankin and Ralph R. Roberts, of counsel. William M. Lawton, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Edward Middleton Company, appellee, v. Francis M. Barton, appellant. Gen. No. 27,724.
Claim for materials and labor in connection with lathing and plastering. Verdict for the amount sued for. Motion for new trial. Judgment for part of amount claimed, motion being overruled and remittitur entered. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923.
William Levine, for appellant. A. W. Glaskay, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

H. L. Siegel & Company, appellant, v. Frank Gordon, appellee. Gen. No. 27,745.
Action on statement of claim. Judgment for plaintiff. Order to vacate judgment. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923. Rehearing denied July 2, 1923. *Certiorari* denied by Supreme Court (making opinion final).
Benjamin B. Morris, for appellant; Aaron R. Eppstein, of counsel. McCormick, Kirkland, Patterson and Fleming, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court

---

Hyman Feinberg, and Louis C. Robinson, trading as Chicago Smelting & Refining Company, appellants, v. Hyman Rose, appellee. Gen. No. 27,761.
Claim for $125.00 paid for prompt delivery of metals purchased. Claim for set-off. Judgment for defendant. Damages fixed at $195.00. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923.
Louis S. Gibson, for appellants. Epstein & Feiwell, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Adolph G. Huseman, appellee, v. Grace B. Stover and Gay W. Stevens, appellants. Gen. No. 27,767.
Suit on will, prayer for construction of clause as to designation of bank. Master recommended that the word ''National'' be stricken from name of bank, finding that testatrix meant to bequeath money she had on deposit in the Fort Dearborn Trust and Savings Bank